Order entered December 20, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00151-CR
 No. 05-12-00152-CR

 James Randolph Bell, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 1
 Dallas County, Texas
 Trial Court Cause No. F11-70232-H, F11-70233-H

 ORDER

 The Court REINSTATES these appeals.
 On November 16, 2012, we ordered the trial court to make findings why
appellant's brief had not been filed. We have received the brief. Thus,
we VACATE the November 16, 2012 order requiring findings.

 We ORDER the Clerk of the Court to file the brief tendered as of the
date of this order.

 /s/ DAVID L. BRIDGES
 JUSTICE